FILED
2026 Aug-26 AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | | |
|---|---|---|
| **FELISHA DENISE WILLIAMS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 7:25-cv-1077-AMM-JHE** |
| | ) | |
| **WARDEN BROTON,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

Petitioner Felisha Denis Williams, a federal inmate proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Ms. Williams challenges the calculation of Earned Time Credits by the Bureau of Prisons. *Id.*

On August 3, 2026, the magistrate judge entered a Report and Recommendation, Doc. 10, recommending that the petition for writ of habeas corpus be dismissed without prejudice. Ms. Williams was advised of her right to file written objections to the report and recommendation within fourteen days, but the court has not received any objections or other response from Ms. Williams.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the petition should be **DISMISSED WITHOUT PREJUDICE**.

A final judgment will be entered.

**DONE** and **ORDERED** this 26th day of August, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE